UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

SHUNDRA R. SMITH                                                                                    PLAINTIFF

VS.                             CASE NO. 2:06CV000213 JMM

DOLGENCORP, INC.
D/B/A DOLLAR GENERAL                                                                    DEFENDANT

## ORDER

Plaintiff's unopposed Motion for Voluntary Dismissal filed pursuant to Federal Rule of Civil Procedure 41(a) is granted (#12).  Plaintiff's complaint is dismissed without prejudice and the Clerk of the Court is directed to close the case.  Each party is to bear their own fees and costs.

IT IS SO ORDERED THIS   12   day of    February   , 2007.


_____
James M. Moody
United States District Judge